**Order entered December 23, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00680-CR

**JUSTIN LATODD CASSELBERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2
Hunt County, Texas
Trial Court Cause No. CR2100461**

### ORDER

Before the Court is appellant's December 22, 2021 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by January 7, 2022.

By letter dated November 23, 2021, we notified the trial court that the clerk's record does not contain the trial court's certification of appellant's right to appeal, *see* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013), or the trial court's docket sheet. *See* TEX. R. APP. P. 34.5(a)(3).

We directed the trial court to file a supplemental clerk's record with a completed certification of appellant's right to appeal that accurately reflects the trial court proceedings and the docket sheet by December 3, 2021. To date, nothing has been filed.

Therefore, we **ORDER** the trial court to (1) complete the certification of appellant's right to appeal mandated by the rules of appellate procedure and the Texas Court of Criminal Appeals, and (2) cause a supplemental clerk's record containing said certification of appellant's right to appeal and a copy of the trial court's docket sheet to be filed with this Court **WITHIN FIFTEEN DAYS OF THE DATE OF THIS ORDER**.

We **DIRECT** the Clerk to send a copy of this order to the Honorable F. Duncan Thomas, Presiding Judge, County Court at Law No. 2; to Becky Landrum, Hunt County Clerk; and to counsel for all parties.

/s/    ERIN A. NOWELL
JUSTICE